# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

David J. Lender
+1 (212) 310-8153
david.lender@weil.com

January 22, 2020

The Honorable Steven L. Tiscione
United States District Court of the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *BP Products North America Inc. v. ExxonMobil Corporation,* 19-cv-03288-PKC-ST

Dear Judge Tiscione:

  ExxonMobil respectfully requests that the Court reschedule the mediation currently scheduled for January 28, 2020 at 12:00PM to either March 4, 5 or 6. ExxonMobil previously requested an adjournment of the mediation conference because the in-house counsel at ExxonMobil (Andrew Gilchrist) responsible for this litigation was having knee surgery. Although Mr. Gilchrist has now had that surgery, he is still having trouble walking and would benefit from the additional time before traveling from Houston to New York for the conference. ExxonMobil has conferred with counsel for BP who does not object to this request except that BP would still like to proceed with a status conference on January 28th. The parties had a private mediation in December before Judge John Martin (formerly of the S.D.N.Y.) in which the parties were not close to resolving this lawsuit and BP believes that this lawsuit should move forward rather than wait for another mediation.

Respectfully submitted,

*/s/ David J. Lender*

David J. Lender

cc: Jonathan K. Cooperman