AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| BP PRODUCTS NORTH AMERICA INC. )<br>  *Plaintiff* )<br>  v. )<br>EXXONMOBIL CORPORATION )<br>  *Defendant* ) | Civil Action No. 1:19-cv-03288 (PKC) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** A jury verdict having been returned in favor of the defendant, it is hereby ordered that the plaintiff recover nothing and that each party bear their own costs.

This action was *(check one)*:

☑ **tried by a jury with Judge** Pamela K. Chen, U.S. District Judge presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for

Date: 10/19/2023

CLERK OF COURT

*s/F. Gonzalez, Deputy Clerk*
Signature of Clerk or Deputy Clerk